ROZAR *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA.

ATKINSON, J.  Under the evidence and the law applicable thereto, the court did not err in directing a verdict finding the property levied on subject to the execution.

*Judgment affirmed. All the Justices concur.*

No. 1977. JANUARY 11, 1921.

Claim.  Before Judge Mathews.  Dodge superior court.  February 28, 1920.

*C. W. Griffin* and *Hall, Grice & Bloch,* for plaintiff in error.

*M. B. Calhoun* and *Samuel B. Smith,* contra.